FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

OCT 0 3 2007

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. **07 CR 166 HDC** |
| vs. ) | |
| ) | **INDICTMENT** |
| **CURTIS SMITH,** ) | [29 U.S.C. § 501 (c): Embezzlement and |
| ) | Theft of Labor Union Assets in the |
| Defendant. ) | Private Sector] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[29 U.S.C. § 501(c)]

Beginning on or about June 1, 2005, and continuing through January 30, 2006, in the Northern District of Oklahoma, **CURTIS SMITH**, defendant herein, while an officer, that is, acting in his capacity as President of the Glass Molders Plastics AFL-CIO Local 325 Union in Tulsa, Oklahoma, a person employed directly and indirectly, by Glass Molders Plastics AFL-CIO Local 325 Union, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys of said labor organization in the approximate amount of $904.48.

All in violation of Title 29, United States Code, Section 501 (c).

DAVID E. O'MEILIA
UNITED STATES ATTORNEY

*[signature]*
LORETTA F. RADFORD
Assistant United States Attorney

A TRUE BILL

/s/Grand Jury Foreperson
Grand Jury Foreperson